# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **GREGORY SUSLOVIC,** | ) | Case No. 1:06CV116 |
| | ) | |
| Plaintiff, | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **BLACK & DECKER, INC., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, it is hereby **ORDERED, ADJUDGED** and **DECREED** that defendant's[1] Motion for Summary Judgment (Docket No. 32) is **GRANTED**. This case is **DISMISSED**.

### IT IS SO ORDERED

Dated: July 23, 2007
                              *s/ Sara Lioi*
                              Hon. Sara Lioi
                              United States District Judge

---

[1] This judgment pertains to both named defendants and fully disposes of this case. *See* Memorandum Opinion, footnote 1.